No. 862. INSURANCE WORKERS INTERNATIONAL UNION, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Irving Abramson* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Frederick U. Reel* for respondent. Reported below: —— F. 2d ——.

No. 733, Misc. ELLIS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry Lincoln Johnson, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *J. F. Bishop* for the United States. 

No. 766, Misc. SCOTT ET AL. *v.* CENTRAL COMMERCIAL Co. C. A. 2d Cir. Certiorari denied. Petitioners *pro se.* *John C. Blair* for respondent. 

No. 789, Misc. RAGAVAGE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 798, Misc. BRILLIANT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States. 

No. 816, Misc. TILLERY *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.